PETER R. KEPPLER, Appellant, v CHARLES E. KEPPLER, JR., et al., Respondents. [32 NYS3d 528]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered August 22, 2014. The order, among other things, dismissed plaintiff's amended complaint and granted the relief requested in defendants' counterclaim.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 28 and 29, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

 GARY CHAMBERLAIN, Respondent, v MAC TRAILER MANU-FACTURING, INC., Defendant, MODERN DISPOSAL SERVICE, INC., Appellant, and CUSTOM CANVAS MFG., CO., INC., Respondent. MODERN DISPOSAL SERVICE, INC., et al., Third-Party Plaintiffs-Appellants, v CHAMBERLAIN TRUCKING, LLC, et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [32 NYS3d 529]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered September 4, 2014. The order, among other things, denied in part the motion of defendant/third-party plaintiff Modern Disposal Service, Inc. and third-party plaintiff Modern Landfill, Inc. for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 4, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.